OPINION OF THE COURT
 

 Memorandum.
 

 The order appealed from should be affirmed. The dispositive issue on this appeal is whether a sufficient foundation was provided for the introduction of a tape recording of a conversation between defendant and his victim. We conclude that the uncontradicted testimony of that victim, who identified the recording as a fair and accurate reproduction of the conversation, was sufficient to support the decision of the trial court to admit the recording into evidence in the absence of any indication that the tape had been altered (see
 
 People v McGee,
 
 49 NY2d 48). We have examined defendant’s other contentions, and find them to be devoid of any merit. .
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler and Fuchsberg concur; Judge Meyer concurs on the basis stated in his concurring opinion in
 
 People v McGee
 
 (49 NY2d 48).
 

 Order affirmed in a memorandum.